AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            NEW YORK

TIMOTHY KENNEDY

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 10622 (NRB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

December 18, 2007
Date

*[signature]*
Signature

Robyn N. Pullio         RP 7777
Print Name              Bar Number

100 Church Street
Address

New York, N.Y. 10007
City          State          Zip Code

(212) 788-1090          (212) 788-9776
Phone Number            Fax Number