°₅AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN           DISTRICT OF           NEW YORK

TIMOTHY KENNEDY

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 10622 (NRB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Police Officer Juan Rodriguez.

I certify that I am admitted to practice in this court.

January 31, 2008
Date

*[signature]*
Signature

Robyn N. Pullio                    RP 7777
Print Name                         Bar Number

100 Church Street
Address

New York, N.Y. 10007
City           State           Zip Code

(212) 788-1090                    (212) 788-9776
Phone Number                      Fax Number