UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY KENNEDY<br><br>                   Plaintiff<br><br>       -against-<br><br>THE CITY OF NEW YORK;<br>N.Y.P.D. OFFICER JUAN RODRIGUEZ<br>badge 10703;<br>N.Y.P.D. OFFICERS DOE ONE TO FIVE, not<br>yet identifed.<br><br>                   Defendants | Index No. 07 cv 10622 (NRB)(DFE)<br><br>ECF Case |

CERTIFICATE OF SERVICE

      GEORGE WACHTEL, an attorney duly admitted to practice before the US District

Court, SDNY, hereby affirms under penalty of perjury that on this date he caused the annexed

NOTICE OF INITIAL PRETRIAL CONFERENCE to be served on defendants by their

attorneys, Corporation Counsel of the City of New York, 100 Church Street, NY, NY 10007,

Attn: Robyn N. Pullio, Esq., by US Postal Service.

New York, NY
February 20, 2008                                /s/

                                                 George Wachtel [GW5921]
                                                 Law Office of Ronald L. Kuby
                                                 119 West 23st., Suite 900
                                                 New York, NY 10011
                                                 (212) 529-0223