



U.S.DC.SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/08

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

ROBYN N. PULLIO
*Assistant Corporation Counsel*
Special Federal Litigation Division
Tel. (212) 788-1090
Fax: (212) 788-9776
Email: rpullio@law.nyc.gov

March 11, 2008

BY ECF
Honorable Naomi R. Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



MAR 11 2008

ED STATES D STRICT JUDGE

Re: Timothy Kennedy v. The City of New York, et al., 07 CV 10622 (NRB)

Dear Judge Buchwald:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division
of the New York City Law Department and counsel for defendants the City of New York and
Police Officer Juan Rodriguez. I write to respectfully request that the initial conference in this
matter, which is currently scheduled for March 14, 2008, at 4:00 p.m., be rescheduled to a later
date deemed appropriate by this Court. I have conferred with plaintiff's counsel, George
Wachtel, Esq., regarding this request and am writing with his consent to our application. The
reason for this request is that I have had a death in the family and will be out of state attending
services on March 14, 2008. This is the City's first request for an adjournment of the initial
conference in this action.

The conference is adjourned until March 26, 2008 at 4:00 p.m.

So Ordered.

        Thank you for your consideration of this request.

                                Respectfully submitted,

                                Robyn N. Pullio
                                Assistant Corporation Counsel

cc:    George Wachtel, Esq.