UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY KENNEDY<br><br>       Plaintiff<br><br>  -against-<br><br>THE CITY OF NEW YORK;<br>N.Y.P.D. OFFICER JUAN RODRIGUEZ badge 10703;<br>N.Y.P.D. OFFICER JEFFREY HUNOLD badge 8378;<br>N.Y.P.D. OFFICERS DOE ONE AND TWO, not yet identifed.<br><br>       Defendants | Index No. 07 cv 10622 (NRB)(DFE)<br><br>ECF Case<br><br>PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR DOCUMENTS |

   Plaintiff TIMOTHY KENNEDY by his attorneys, The Law Office of Ronald L. Kuby, hereby responds to defendants' for disclosure demands, dated March 26, 2008.

### Interrogatories

   1.  <u>Witnesses</u>.  Holly Roldman and Arnon Klein, both residents at 230 W. 82nd Street, NY, NY 10024

   2.  <u>Statements by NYC & agents</u>.  Memo book entries, aided reports, and the like.

   3.  <u>Documents prepared by NYC & agents</u>. Memo book entries, aided reports, and the like.

   4.  <u>Injuries claimed</u>.  Subsequent hospitalization; two diagnostic spinal taps; continuing head pains, continuing stress, sleep disorder, temporary 100-point reduction in T-cell count and weight loss.

   5.  <u>Economic injuries claimed</u>.  Loss of employment, design of decor for

1

dinner party scheduled for the day following the incident. Estimated loss $10,000. Loss or reduction in value, jewelry and clothing damaged during incident.

6. <u>Employers for past 10 years</u>. Self employed as independent contractor for such companies and individuals as Ashton-Drake (subsidiary of Bradford Exchange), Niles, IL., ; William Paley, Peter Sharpe, Kaye Ballard.

7. <u>Medical providers past 10 years</u>. St. Lukes - Roosevelt Hospital (releases previously provided); no other providers.

8. <u>Worker's compensation past 10 years</u>. None.

9. <u>Social Security Disability past 10 years</u>. SSI (NY State) since July 2004.

10. <u>Medicare / Medicaid applications past 10 years</u>. Medicaid (NY State) since July 2004.

11. <u>Insurance claims past 10 years</u>. None.

12. <u>Government agencies to whom plaintiff complained</u>. None.

13. <u>Prior arrests</u>. Plaintiff has been arrested three times before the subject incident. All charges in each case were dismissed, and the records sealed.

14. <u>Convictions</u>. None.

15. <u>Law suits to which plaintiff has been a party</u>. One law suit against City of New York and police officers (plaintiff does not recall particulars) circa 1995. Settled.

16. <u>Testimony or statements by plaintiff re instant action</u>. Plaintiff spoke about the incident at a forum on police brutality held at New York University, September 28, 2007.

17. <u>Treating Physicians plaintiff intends to call at trial</u>. Dr. Nancy Murphy and Dr. Vani Ghandi, both with St. Lukes - Roosevelt Hosp.

18. <u>Expert witnesses</u>.  None identified to date.

19. <u>Documents prepared by or for plaintiff</u>.  None, other than pleadings.

20. <u>FIO requests</u>. None.

## Document requests

1. <u>Documents identified in above interrogatories</u>.  No responsive documents in plaintiff's possession.  Plaintiff will secure and produce photographs and descriptions of damaged property.

2. <u>Documents regarding the incident</u>.  None.

3. <u>Medical records</u>.  Plaintiff has provided releases and waivers for such records.  Providing records would be duplicative, however plaintiff will produce copies of same if necessary.

4. <u>Photographs and AV material</u>.   A photograph was produced with plaintiff's initial disclosures.  Additional photographs will be produced when made.

5. <u>Documentation of damages</u>.  To be produced under separate cover.  See responses to doc. request 1 & 4, above.

6. <u>Subpoenas</u>.  None to date.

7. <u>Responses to subpoenas</u>.  None to date

8. <u>Responses by government agencies to complaints</u>.  None

9. <u>Tax returns</u>.  Plaintiff has not filed taxes since the year 2000.

10. <u>Expert disclosures</u>.  Experts have not been selected.  Plaintiff will supplement as appropriate.

11 - 18. <u>Authorizations</u>.  Produced herewith as appropriate.

New York, New York
March 31, 2008

                                            /s/
                                            George Wachtel [GW5921]
                                            Law Office of Ronald L. Kuby
                                            119 West 23st., Suite 900
                                            New York, NY 10011
                                            (212) 529-0223