# LAW OFFICE OF RONALD L. KUBY
### ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
GEORGE WACHTEL
DAVID PRESSMAN

STAFF
SUSAN BAILEY
PROCESS SERVER
LUIS R. AYALA



April 9, 2008

BY FAX TO 212 805-7927

Hon. Naomi Reice Buchwald, USDJ
US District Court SDNY
500 Pearl Street
New York, NY 10007



RE: <u>Kennedy v. City of New York et al.</u>, 07cv10622 (NRB)(DFE)

Dear Judge Buchwald,

    Plaintiff respectfully requests leave to file an amended complaint, substituting named police officers for "Doe" defendants. The court clerk declined to accept such amended complaint without authorization from your honor because more than 120 days had passed since the original filing.

    The names of the new defendants were first produced with defendants' initial disclosures, served on plaintiff during the preliminary conference held April 28, 2008. That conference had been delayed on request of defendants' counsel.

*So Ordered [handwritten notation] 4/10/08*

Respectfully,

George Wachtel [GW5921]

Copy to Robyn Pullio, Esq., NYC Law Dept.
212 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08